**Juan Gerardo ROJAS, Appellant,**

v.

**Craig APKER, Warden, USP, Tucson, Arizona, Appellee.**

No. 11–3458.

United States Court of Appeals, Eighth Circuit.

Submitted: May 23, 2012.

Filed: June 5, 2012.

Juan Gerardo Rojas, U.S. Penitentiary, Tucson, AZ, pro se.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Juan Rojas appeals from the district court's [1] order denying his petition for a writ of habeas corpus which he filed pursuant to 28 U.S.C. § 2241. Generally, a federal inmate's exclusive remedy for collaterally attacking the constitutional validity of his sentence is through a 28 U.S.C. § 2255 motion filed in the sentencing court, unless he shows the remedy afforded by section 2255 is inadequate or ineffective. *See Lopez–Lopez v. Sanders*, 590 F.3d 905, 906 (8th Cir.2010). Because Rojas failed to show that section 2255 was inadequate or ineffective, the district court properly denied the petition. *See Abdullah v. Hedrick*, 392 F.3d 957, 964 (where petitioner failed to demonstrate that § 2255 was inadequate or ineffective remedy, district court properly dismissed § 2241 petition for lack of jurisdiction).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.